■ UTICA MUTUAL INSURANCE COMPANY, Respondent, v JAMES GRUZLEWSKI et al., Defendants, and MASOUD REJAEE, Doing Business as HORIZON PARTNERSHIP, Appellant. (Appeal No. 1.) [630 NYS2d 955] —Judgment unanimously affirmed without costs. Same Memorandum as in *Utica Mut. Ins. Co. v Gruzlewski* (217 AD2d 903 [decided herewith]). (Appeal from Judgment of Supreme Court, Oneida County, Murad, J.—Default Judgment.) Present—Denman, P. J., Lawton, Wesley, Balio and Boehm, JJ.